UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

ECHANO SHORADD INGRAM

Case Number: 6:07-CR-187-22-DAB

USM Number: 86587-020

Frank J. Bankowitz, Esquire
207 E. Livingston St.
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers **ONE, TWO, THREE and FOUR** of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | New Criminal conduct, Fraud-Impersonation-False ID Given to Law Enforcement Officer and Operating a Motor Vehicle Without a License | December 2, 2001 |
| Two | Untruthful written monthly reports | August 2001 |
| Three | Failure to Follow the Instructions of the Probation Officer | February 4, 2002 |
| Four | Failure to Work Regularly at a Lawful Occupation | November 2001 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/10/2008

JOHN ANTOON, II
UNITED STATES DISTRICT JUDGE
FOR
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

April __11__, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ECHANO SHORADD INGRAM  
6:07-CR-187-22-DAB

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months**. It is FURTHER ORDERED that **upon release from imprisonment, Defendant is released from further supervision by the court.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case